An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123

## IN THE SUPREME COURT OF THE STATE OF NEVADA

WESTGATE PLANET HOLLYWOOD
LAS VEGAS, LLC; WESTGATE
RESORTS, LTD.; LIBERTY MUTUAL
INSURANCE COMPANY; FIDELITY
AND DEPOSIT COMPANY OF
MARYLAND; AND WESTCHESTER
FIRE INSURANCE COMPANY,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF CLARK;
AND THE HONORABLE ELIZABETH
GOFF GONZALEZ, DISTRICT JUDGE,
Respondents,
and
TUTOR-SALIBA CORPORATION,
Real Party in Interest.

No. 66112

**FILED**

NOV 2 0 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER DENYING PETITION
### FOR WRIT OF MANDAMUS OR PROHIBITION

This original petition for a writ of mandamus or prohibition challenges the district court's authority to reconsider an order staying enforcement of the judgment pending appeal. In particular, petitioners assert that their appeal from the district court's stay order divested the district court of jurisdiction to grant real party in interest's motion for reconsideration of that order.

Having considered petitioners' arguments, we conclude that our extraordinary intervention is not warranted in this matter. *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004);

SUPREME COURT
OF
NEVADA

(O) 1947A

14-38329

*Smith v. Eighth Judicial Dist. Court,* 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991).  Accordingly, we

ORDER the petition DENIED.[1]

_____ , J.
Pickering

_____ , J.          _____ , J.
Parraguirre                                      Saitta


cc:     Hon. Elizabeth Goff Gonzalez, District Judge
        Gordon & Rees, LLP
        Watt, Tieder, Hoffar & Fitzgerald, LLP
        McDonald Carano Wilson LLP/Las Vegas
        Castle & Associates
        Eighth District Court Clerk

---

[1]In light of this order, petitioners' motion for a stay is denied.

SUPREME COURT
OF
NEVADA

(O) 1947A